UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSE A. MORENO,<br><br>                Petitioner,<br><br>   v.<br><br>STATE OF WASHINGTON,<br><br>                Respondent. | NO: 1:14-CV-3194-RMP<br><br>ORDER DISMISSING PETITION |

By Order filed February 6, 2015, the Court instructed Petitioner to amend his petition within sixty (60) days. ECF No. 5. Petitioner, a prisoner at the Monroe Correctional Complex-Twin Rivers Unit, is proceeding *pro se* and i*n forma pauperis*; Respondent has not been served. Petitioner did not amend his petition to name a proper Respondent. He has filed nothing further in this action.

Therefore, for the reasons set forth in the prior Order, **IT IS ORDERED** that the Petition, ECF No. 4, is **DISMISSED** for lack of jurisdiction over the Respondent. *Brittingham v. United States*, 982 F.2d 378, 379 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

ORDER DISMISSING PETITION -- 1

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Petitioner, and close the file. The Court further certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

**DATED** this 26th day of May 2015.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge