AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JESSE A. MORENO

*Plaintiff*

v.

STATE OF WASHINGTON

*Defendant*

Civil Action No. 1:14-CV-3194-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Petition is dismissed for lack of jurisdiction over the Respondent, pursuant to the Court's Order entered May 26, 2015, ECF No. 6.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson

Date: May 26, 2015

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas